MELISSA HOLYOAK, United States Attorney (#9832)
IAN K. ROSS, Special Assistant United States Attorney (#19066)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Tel: 801-524-3080
Fax: 801-524-4366

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AQUILINO TEXZAL TEPEC (A.K.A. ALBERTO EMILIANO),<br><br>Defendant. | Case No. 2:26mj519 CMR<br><br>COMPLAINT<br>FILED UNDER SEAL<br><br>Count 1: 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of a Firearm<br><br>Magistrate Judge Cecilia M. Romero |

Before the Honorable Cecilia M. Romero, Chief United States Magistrate Judge for the District of Utah, appears the undersigned, who on oath deposes and says:

**COUNT 1**
**18 U.S.C. § 922(g)(5)**
**(Illegal Alien in Possession of a Firearm)**

On or about June 16, 2026, in the District of Utah,

**AQUILINO TEXZAL TEPEC**,
a/k/a Alberto Emiliano,

defendant herein, knowing that he was an alien illegally or unlawfully in the United States,

did knowingly possess a firearm, to wit: a Taurus PT 24/7 Pro C, .40 caliber pistol, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(5).

The elements of Unlawful Possession of a Firearm, are:

a. The Defendant knew he was in the United States illegally or unlawfully;

b. The Defendant knowingly possessed a firearm; and

c. The firearm was in and affecting commerce.

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Jordan Pisano, being duly sworn, state as follows:

## BACKGROUND AND QUALIFICATIONS

1. I am a special agent with the Drug Enforcement Administration (DEA) and am currently assigned to the Salt Lake Metro Narcotics Task Force (MNTF). I am familiar with the facts and circumstances alleged in this Complaint.

## PROBABLE CAUSE

2. On June 16, 2026, a Confidential Source (CS) arranged to purchase a semi-automatic handgun from a male later identified as AQUILINO TEXZAL TEPEC. The CS had discussed purchasing a pound of methamphetamine along with the firearm, however TEPEC told the CS that the methamphetamine was not in Utah. TEPEC informed the CS that he could sell CS the handgun and provided CS with a meeting location in Salt Lake County, District of Utah.

3. MNTF Agents ran TEPEC's information through immigration officers and found that TEPEC was in the United States illegally. (He now has an ICE detainer.) TEPEC had been previously deported from the United States.

4. MNTF Agents surveilled the meeting location and observed TEPEC arrive in a white Chevrolet Tahoe.

5. MNTF Agents converged on the Chevrolet Tahoe, pinning the vehicle in and conducted a high-risk stop. TEPEC exited the vehicle and was taken into custody without incident.

6. TEPEC told Agents that he had a handgun in his waistband. MNTF Agents observed a firearm tucked into TEPEC's waistband. The firearm was seized and was identified as a Taurus PT 24/7 Pro C semi-automatic handgun chambered in .40 caliber. There was a magazine with no ammunition in the handgun.

7. The firearm TEPEC possessed affected commerce in that it was manufactured outside the State of Utah.

8. Post-*Miranda*, TEPEC said:

a. TEPEC was given the handgun from a work friend, whose name he did not know.

b. TEPEC intended to keep the handgun for himself and was just at the meeting location to get food.

c. TEPEC said he enjoyed shooting firearms in the mountains.

d. TEPEC admitted he was in the United States illegally.

9. TEPEC was transported and booked into the Salt Lake County jail.

10. I swear that this information is true and correct to the best of my knowledge, information, and belief.

Based on the foregoing information, I respectfully request that a warrant of arrest be issued for AQUILINO TEXZAL TEPEC for violation of 18 U.S.C. § 922(g)(5)(A).

*/s/ Jordan Pisano*
Affiant, Jordan Pisano
Special Agent
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1.

SUBSCRIBED and SWORN to before me this 18th day of June, 2026.

Cecilia M. Romero
HON. CECILIA M. ROMERO
United States Chief Magistrate Judge

APPROVED:

MELISSA HOLYOAK
United States Attorney

*/s/ Ian K. Ross*
IAN K. ROSS
Special Assistant United States Attorney